HOWARD L. BEYER v. EARL BEST.

February 23, 1988.

Petition for certification denied.

ALAN C. STALLER v. MILTON ACKERMAN.

February 23, 1988.

Petition for certification denied.

GERALD CHRIS KRYSKOWIAK v. RUTGERS
COMMUNITY HEALTH PLAN.

February 23, 1988.

Petition for certification denied.

JUDY SCOPPETTUOLO v. ALLSTATE INSURANCE COMPANY.

February 23, 1988.

Petition for certification denied.